UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LARRY WILLIAMS,

    Plaintiff,

v.                                                                    Case No. 2:05-cv-127
                                                                  HON. ROBERT HOLMES BELL

CHIPPEWA CORRECTIONAL
FACILITY, et al.,

    Defendants.
_____/

**ORDER OF DISMISSAL**

    Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On August 9, 2007, the Court issued an Order Regarding Service, requiring plaintiff to file with the Court a sufficient number of copies of the complaint for service upon the defendants. Plaintiff's copy of the order was returned to this Court as undeliverable, indicating that plaintiff had been paroled and had left no forwarding address. Plaintiff has failed to comply with this Court's order and has failed to keep this Court apprised of his current address. Accordingly, plaintiff's complaint is dismissed, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute. *See Catz v. Chalker*, 142 F.3d 279, 286 (6th Cir. 1998); *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991); *Buck v. U.S. Dept. of Agriculture*, 960 F.2d 603 (6th Cir. 1992).

    IT IS SO ORDERED.


Dated:   September 18, 2008                       /s/ Robert Holmes Bell
                                                       ROBERT HOLMES BELL
                                                       UNITED STATES DISTRICT JUDGE